AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Garza, Carmen E. | 2. Court or Organization  U.S. District Court, District of NM | 3. Date of Report  05/09/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Full-time magistrate judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

100 N. Church St., Las Cruces, New Mexico 88001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2016 | Carmen E. Garza, Single Investment Accounts (2) |
| 2. 2016 | Carmen E. Garza, Traditional Individual Retirement Accounts (2) |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garza, Carmen E. | 05/09/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garza, Carmen E. | 05/09/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Quicken Loans | mortgage on real property | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garza, Carmen E. | 05/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fort Bliss Federal Credit Union accounts | A | Interest | L | T | | | | | |
| 2. First American Bank accounts | | None | M | T | | | | | |
| 3. Rental property #1, Las Cruces, NM purchase 2000-$125,000 | E | Rent | M | W | | | | | |
| 4. Rental property #2, Las Cruces purchase 2008-$240,000 | D | Rent | M | W | | | | | |
| 5. Time share property, San Diego, Ca, purchase 2005-$5,0000 | | None | J | W | | | | | |
| 6. Franklin Growth | | None | | | Sold | 01/19/16 | K | | |
| 7. Frankin Mutual Global Discovery | | None | J | T | Sold (part) | 01/19/16 | K | | |
| 8. | | | | | Sold (part) | 02/03/16 | J | | |
| 9. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 10. Franklin Rising Dividends | | None | | | Sold | 01/19/16 | J | | |
| 11. Franklin Strategic Inc. | | None | | | Sold | 01/19/16 | J | | |
| 12. Franklin Total Return | A | Dividend | | | Sold | 01/19/16 | L | | |
| 13. Franklin US Gov. Sec. | A | Dividend | | | Sold | 01/19/16 | J | | |
| 14. Templeton Foreign Funds | | None | | | Sold | 01/19/16 | J | | |
| 15. Templeton Global Smaller Co. | | None | | | Sold | 01/19/16 | J | | |
| 16. Templeton Growth | | None | | | Sold | 01/19/16 | K | | |
| 17. First Trust Capital Strength Series 31 | | None | | | Sold | 07/28/16 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garza, Carmen E. | 05/09/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. First Division Strength Series 23 | A | Dividend | | | Redeemed | 06/16/16 | J | | |
| 19. First Trust Div. Strength Series 26 | B | Dividend | | | Sold | 07/28/16 | K | | |
| 20. First Trust Div. Strength Series 29 | D | Dividend | | | Sold | 07/28/16 | L | | |
| 21. First Trust Global Dividend Series 44 | B | Dividend | | | Sold | 07/28/16 | K | | |
| 22. First Trust Intl Cap Strength #25 | A | Dividend | | | Sold | 07/28/16 | J | | |
| 23. First Trust Intl Cap Strength #22 | A | Dividend | | | Sold | 07/28/16 | J | | |
| 24. First Trust Intl Cap Strength #27 | B | Dividend | | | Sold | 07/28/16 | K | | |
| 25. First Trust Strength Alloc Slct#18 | C | Dividend | | | Sold | 07/28/16 | L | | |
| 26. First Trust Select DSip#3Q15 | A | Dividend | | | Sold | 07/28/16 | K | | |
| 27. Blackrock Equity Dividend | B | Dividend | J | T | Buy | 01/20/16 | J | | |
| 28. | | | | | Buy (add'l) | 02/03/16 | J | | |
| 29. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 30. Blackrock National Municipal | B | Dividend | J | T | Buy | 01/20/16 | J | | |
| 31. | | | | | Buy (add'l) | 02/03/16 | J | | |
| 32. | | | | | Sold (part) | 06/06/16 | J | | |
| 33. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 34. AB Intermediate Diversified Municipal | A | Dividend | J | T | Buy | 01/20/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garza, Carmen E. | 05/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 02/03/16 | J | | |
| 36. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 37. American Hich-Incm | | None | J | T | Buy | 06/06/16 | J | | |
| 38. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 39. Blackrock Equity | B | Dividend | J | T | Buy | 01/20/16 | J | | |
| 40. | | | | | Buy (add'l) | 02/03/16 | J | | |
| 41. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 42. Blackrock National Municipal | A | Dividend | J | T | Buy | 01/20/16 | J | | |
| 43. | | | | | Buy (add'l) | 02/03/16 | J | | |
| 44. | | | | | Sold (part) | 01/06/16 | J | | |
| 45. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 46. Bridge Builder Core Bond | A | Dividend | | | Buy | 01/20/16 | K | | |
| 47. | | | | | Buy (add'l) | 07/08/16 | J | | |
| 48. | | | | | Buy (add'l) | 07/29/16 | K | | |
| 49. | | | | | Sold | 12/23/16 | L | | |
| 50. Bridge Builder Core Plus Bond | | None | | | Buy | 06/16/16 | J | | |
| 51. | | | | | Buy (add'l) | 07/29/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garza, Carmen E. | 05/09/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 12/23/16 | K | | |
| 53. Bridge Builder Large Growth | D | Dividend | | | Buy | 01/20/16 | J | | |
| 54. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 55. | | | | | Sold (part) | 12/23/16 | J | | |
| 56. | | | | | Buy (add'l) | 01/20/16 | J | | |
| 57. | | | | | Buy (add'l) | 06/16/16 | J | | |
| 58. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 59. | | | | | Sold | 12/23/16 | K | | |
| 60. Bridge Builder Muni Bond | | None | | | Buy | 01/20/16 | J | | |
| 61. | | | | | Buy (add'l) | 02/03/16 | J | | |
| 62. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 63. | | | | | Sold | 12/29/16 | J | | |
| 64. Bridge Builder Smallmid Growth | A | Dividend | | | Buy | 06/16/16 | J | | |
| 65. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 66. | | | | | Sold | 12/23/16 | J | | |
| 67. Bridge Builder Smallmid Value | B | Dividend | | | Buy | 04/27/16 | J | | |
| 68. | | | | | Buy (add'l) | 06/16/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garza, Carmen E. | 05/09/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 70. | | | | | Buy (add'l) | 09/08/16 | J | | |
| 71. | | | | | Sold | 12/23/16 | J | | |
| 72. Capital World Bond (converted to Capital World) Bond Fund CL F2 | A | Dividend | J | T | Buy | 01/20/16 | J | | |
| 73. | | | | | Sold (part) | 06/16/16 | J | | |
| 74. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 75. Cash-Edward Jones | | None | M | T | | | | | |
| 76. CBA Aggressive Growth I | B | Dividend | J | T | Buy | 01/20/16 | J | | |
| 77. | | | | | Buy (add'l) | 01/20/16 | J | | |
| 78. | | | | | Buy (add'l) | 02/03/16 | J | | |
| 79. | | | | | Sold (part) | 06/16/16 | J | | |
| 80. | | | | | Buy (add'l) | 07/09/16 | J | | |
| 81. Columbia Acorn International | A | Dividend | J | T | Buy | 01/20/16 | J | | |
| 82. | | | | | Buy (add'l) | 02/03/16 | J | | |
| 83. | | | | | Buy (add'l) | 06/06/16 | J | | |
| 84. | | | | | Sold (part) | 06/16/16 | J | | |
| 85. Dimensional DFA Intl Value Fd | A | Dividend | K | T | Buy | 01/20/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garza, Carmen E. | 05/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Dodge & Cox Stock | C | Dividend | K | T | Buy | 01/20/16 | J | | |
| 87. | | | | | Buy (add'l) | 06/16/16 | J | | |
| 88. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 89. Europacific Growth (converted to Europacific Growth Fund CI F2) | | None | K | T | Buy | 01/20/16 | J | | |
| 90. | | | | | Buy (add'l) | 07/08/16 | J | | |
| 91. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 92. Franklin Fed Int-Term T/F Inc | | None | J | T | Buy | 01/20/16 | J | | |
| 93. | | | | | Buy (add'l) | 02/03/16 | J | | |
| 94. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 95. Franklin Mutual Shares CI Z | B | Dividend | K | T | Buy | 01/20/16 | J | | |
| 96. | | | | | Buy (add'l) | 06/16/16 | J | | |
| 97. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 98. Fundamental Investors (converted to Fundamental Investors Fund F2) | A | Dividend | J | T | Buy | 01/20/16 | J | | |
| 99. | | | | | Buy (add'l) | 02/03/16 | J | | |
| 100. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 101. Harbor Capital Appreciation | A | Dividend | J | T | Buy | 01/20/16 | J | | |
| 102. | | | | | Buy (add'l) | 02/03/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garza, Carmen E. | 05/09/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 06/06/16 | J | | |
| 104. | | | | | Buy (add'l) | 07/20/16 | J | | |
| 105. Harbor International | B | Dividend | | | Buy | 01/20/16 | J | | |
| 106. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 107. | | | | | Sold | 09/08/16 | K | | |
| 108. Hartford Dividend and Growth | B | Dividend | J | T | Buy | 01/20/16 | J | | |
| 109. | | | | | Buy (add'l) | 02/03/16 | J | | |
| 110. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 111. Invesco Comstock | A | Dividend | J | T | Buy | 01/20/16 | J | | |
| 112. | | | | | Buy (add'l) | 02/03/16 | J | | |
| 113. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 114. Invesco International Growth | | None | J | T | Buy | 01/20/16 | J | | |
| 115. | | | | | Buy (add'l) | 02/03/16 | J | | |
| 116. | | | | | Sold (part) | 06/06/16 | J | | |
| 117. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 118. Ironbridge Smid Cap | A | Dividend | | | Buy | 01/20/16 | J | | |
| 119. | | | | | Sold (part) | 04/27/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 121. | | | | | Sold | 09/08/16 | J | | |
| 122. Ishares MSCI Eafe Value | A | Dividend | J | T | Buy | 06/06/16 | J | | |
| 123. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 124. JH Disciplined Value Mid Cap | B | Dividend | J | T | Buy | 01/20/16 | J | | |
| 125. | | | | | Sold (part) | 06/15/16 | J | | |
| 126. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 127. JP Morgan Fed Money Mkt | | None | | | Buy | 01/20/16 | J | | |
| 128. | | | | | Sold (part) | 05/12/16 | J | | |
| 129. | | | | | Buy (add'l) | 05/13/16 | J | | |
| 130. | | | | | Sold (part) | 06/06/16 | J | | |
| 131. | | | | | Buy (add'l) | 06/06/16 | J | | |
| 132. | | | | | Sold (part) | 06/08/16 | J | | |
| 133. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 134. | | | | | Sold (part) | 07/29/16 | J | | |
| 135. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 136. | | | | | Buy (add'l) | 09/21/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garza, Carmen E. | 05/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 10/06/16 | J | | |
| 138. | | | | | Buy (add'l) | 11/01/16 | J | | |
| 139. | | | | | Sold | 12/29/16 | J | | |
| 140. JP Morgan International Val L | A | Dividend | | | Buy | 01/20/16 | J | | |
| 141. | | | | | Sold | 06/06/16 | J | | |
| 142. JP Morgan US Govt MMF Capital | C | Dividend | | | Buy | 05/12/16 | J | | |
| 143. | | | | | Buy (add'l) | 07/08/16 | J | | |
| 144. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 145. | | | | | Sold | 12/27/16 | J | | |
| 146. Mainstay Icap Select Equity | B | Dividend | K | T | Buy | 01/20/16 | J | | |
| 147. | | | | | Sold (part) | 06/16/16 | J | | |
| 148. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 149. Manning & Napier World Opp | A | Dividend | | | Buy | 01/20/16 | J | | |
| 150. | | | | | Buy (add'l) | 02/03/16 | J | | |
| 151. | | | | | Sold | 06/06/16 | J | | |
| 152. Metropolitan West Ttl Ret Bd. | | None | K | T | Buy | 01/20/16 | J | | |
| 153. | | | | | Sold (part) | 06/16/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garza, Carmen E. | 05/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 155.  MFS Growth Fund | A | Dividend | J | T | Buy | 01/20/16 | J | | |
| 156. | | | | | Buy (add'l) | 02/03/16 | J | | |
| 157. | | | | T | Buy (add'l) | 07/29/16 | J | | |
| 158.  MFS International Value | B | Dividend | K | T | Buy | 01/20/16 | J | | |
| 159. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 160.  Oak Ridge Small Cap Grw i | A | Dividend | | | Buy | 01/20/16 | J | | |
| 161. | | | | | Buy (add'l) | 02/03/16 | J | | |
| 162. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 163. | | | | | Sold | 10/06/16 | J | | |
| 164.  Perkins Mid Cap Value | | None | J | T | Buy | 01/20/16 | J | | |
| 165. | | | | | Buy (add'l) | 02/03/16 | J | | |
| 166. | | | | | Buy (add'l) | 06/06/16 | J | | |
| 167. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 168. | | | | | Sold (part) | 10/06/16 | J | | |
| 169.  Pimco Total Return IV | | None | K | T | Buy | 01/20/16 | J | | |
| 170. | | | | | Buy (add'l) | 07/08/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garza, Carmen E. | 05/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 172. Prudential High-Yield | B | Dividend | K | T | Buy | 01/20/16 | J | | |
| 173. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 174. Prudential Jenn Mid Cag GR | | None | J | T | Buy | 01/20/16 | J | | |
| 175. | | | | | Buy (add'l) | 02/03/16 | J | | |
| 176. | | | | | Sold (part) | 06/16/16 | J | | |
| 177. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 178. Ridgeworth Ceredex Sm Cap Eq I | A | Dividend | | | Buy | 01/20/16 | J | | |
| 179. | | | | | Buy (add'l) | 02/03/16 | J | | |
| 180. | | | | | Sold | 06/06/16 | J | | |
| 181. T Rowe Instl Lrge Cp Gr | B | Dividend | K | T | Buy | 01/20/16 | J | | |
| 182. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 183. T Rowe Price Intl Discovery I | A | Dividend | J | T | Buy | 01/20/16 | J | | |
| 184. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 185. T Rowe Intl Stock (converted to T Rowe Intl Stock Fd I) | A | Dividend | K | T | Buy | 01/20/16 | J | | |
| 186. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 187. T. Rowe Price Tax-Ex Mon Mkt | | None | | | Buy | 01/20/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garza, Carmen E. | 05/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 02/03/16 | J | | |
| 189. | | | | | Sold | 05/13/16 | J | | |
| 190. Tax Exempt Bd (converted to Tax Exempt Bd Fd of America F2) | | None | J | T | Buy | 01/20/16 | J | | |
| 191. | | | | | Buy (add'l) | 02/03/16 | J | | |
| 192. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 193. Thornburg Limited Term Muni | | None | J | T | Buy | 01/20/16 | J | | |
| 194. | | | | | Buy (add'l) | 02/03/16 | J | | |
| 195. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 196. Vanguard FTSE Dev. Mkts | | None | J | T | Buy | 06/06/16 | J | | |
| 197. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 198. Vanguard Small Cap Growth ETF | A | Dividend | J | T | Buy | 10/06/16 | J | | |
| 199. Vanguard Smal Cap Value | A | Dividend | J | T | Buy | 06/06/16 | J | | |
| 200. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 201. Victory Sycamore Small Co Cl I | C | Dividend | J | T | Buy | 01/20/16 | J | | |
| 202. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 203. Wells Fargo SH Term Mun Bd I converted to Wells Fargo S/T Mun Bond ClA) | | None | J | T | Buy | 01/20/16 | J | | |
| 204. | | | | | Buy (add'l) | 02/03/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garza, Carmen E. | 05/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 206. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 207. | | | | | | | | | |
| 208. | | | | | | | | | |
| 209. | | | | | | | | | |
| 210. | | | | | | | | | |
| 211. | | | | | | | | | |
| 212. | | | | | | | | | |
| 213. | | | | | | | | | |
| 214. | | | | | | | | | |
| 215. | | | | | | | | | |
| 216. | | | | | | | | | |
| 217. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garza, Carmen E. | 05/09/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carmen E. Garza**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544